FILED BY ____ D.C.

05 MAY -5 AM 6: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ALVIN IRWIN MOSS, et al.,**

    Defendants.

Case No. 02-20165 D Ph

---

## ORDER OF REFERENCE

Before the Court is Defendants Stacy Layne Beavers, Sherrie-Lee Doreen Cave, Michael Elliot Cole, Geoffrey L. Feldman, and Alvin Moss's Renewed Motion to Compel Production of Items Pertaining to Tolling of Statute of Limitations filed on May 2, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Report and Recommendation. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

IT IS SO ORDERED this 4th day of May 2005.

                                                  **BERNICE B. DONALD**
                                                **UNITED STATES DISTRICT JUDGE**



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-5-05



501

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 501 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Richard M. Steingard
LAW OFFICE OF RICHARD M. STEINGARD
800 Wilshire Blvd.
Ste. 1510
Los Angeles, CA 90017

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT