# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 12 AM 8: 37
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

    Case No. 02-20165 D Ph

**ALVIN IRWIN MOSS, et al.,**

    Defendants.

---

## AMENDED ORDER OF REFERENCE

---

The Court hereby amends its Order of Reference dated May 4, 2005, for a Report and Recommendation on Defendants Stacy Layne Beavers, Sherrie-Lee Doreen Cave, Michael Elliot Cole, Geoffrey L. Feldman, and Alvin Moss's Renewed Motion to Compel Production of Items Pertaining to Tolling of Statute of Limitations.

This matter is hereby referred to the United States Magistrate Judge for a **Determination**. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this __11th__ day of __May__ 2005.

                                              BERNICE B. DONALD
                                              UNITED  STATES  DISTRICT  JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __5-16-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 506 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT