FILED BY _____ D.C.

05 MAY 12 PM 4: 14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 02-20165 DP |
| | ) | |
| ALVIN IRWIN MOSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AMENDING MAY 5, 2005 ORDER GRANTING IN PART DEFENDANTS' MOTION TO COMPEL DISCOVERY

On May 5, 2005, this court entered an order granting in part defendant's motion to compel discovery. In that order, the court directed the government to produce certain documents within twenty days from the date of the order. On May 11, the government filed a letter with the court requesting clarification of the May 5 order with respect to the deadline for production of the documents. Several defendants have filed letters in response.

The court's May 5 order is hereby amended to reflect that the discovery materials are due by May 16, 2005, consistent with Judge Donald's prior order.



This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-16-05

507

IT IS SO ORDERED.

                                                                                    *[signature]*
TU M. PHAM
United States Magistrate Judge

Date 5/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 507 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT