IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY
_____CAS_____
MAY 20 2005
AFTER HOURS DEPOSITORY
Robert R. Di Trolio, Clerk
U. S. DIST COURT
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

ALVIN MOSS, et al

No. 2:02 cr 20165 D/A
Judge Bernice Donald
Magistrate Judge Pham

## ORDER ALLOWING SUBSTITUTION OF MEMORANDUM OF LAW

Upon oral application of Kemper B. Durand to be allowed to substitute a revised Memorandum of Law in lieu of an early Memorandum of Law, it is hereby **ORDERED** that Mr. Durand is allowed to file a new Memorandum of Law and that the earlier Memorandum stamped "Filed May 19, 2005, After Hours Depository" is withdrawn. The clerk shall remove the earlier filed Memorandum of Law and replace it with the new Memorandum of Law.

This May 20, 2005.

_____
Bernice B. Donelson
United States District Judge

Approved:

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC,

By: _____
Kemper B. Durand

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 518 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Honorable Bernice Donald
US DISTRICT COURT