IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 02-20165-DA |
| ALVIN IRWIN MOSS, ET AL | ) |
| Defendants. | ) |

## MOTION OF THE UNITED STATES
## FOR EXTENSION OF TIME IN WHICH TO FILE
## EXHIBIT LIST

Comes now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom, and would respectfully state to this Honorable Court as follows:

1.  The current trial date in this matter is set for September 6, 2005. The Court has instructed the Government to provide Defendants with a list of witnesses within 30 days of trial (Presently August 7, 2005). The Court has also instructed the Government to provide defendants with an exhibit list within 45 days of trial (Presently July 21, 2005). In order to provide a witness list it is crucial that the case agent (S/A Pam Vanderburg) assist the prosecutor in that she is most knowledgeable about all potential evidence. As to the exhibit list, in attempting to fully comply with the Court's instruction, the Prosecutor

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/25/05

**MOTION GRANTED**
DATE: 7-22-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

has been to the critical care unit of the Baptist East hospital attempting to compile the exhibit list in this matter with S/A Vanderburg's assistance. As the Court is aware from a Motion filed yesterday, S/A Pam Vanderburg has been at said hospital here in Memphis for the past two days. Her father underwent major surgery two days ago, and is scheduled for two additional major surgeries, one today and one tomorrow or Friday.

2. S/A Vanderburg's assistance is crucial to compiling the exhibit list, which would necessarily include her physical review of many items of potential evidence. Because of these circumstances, which were not foreseeable to the Government, this cannot be accomplished by tomorrow, July 21, 2005.

**PREMISES CONSIDERED** the United States hereby moves this Honorable Court to allow the Government to provide Defendants with the exhibit list 30 days prior to the trial of this cause (August 7, 2005 is 30 days from the current trial date).

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
DAN L. NEWSOM
Senior Litigation Counsel

2

## CERTIFICATE OF SERVICE

I, Dan L. Newsom, Assistant United States Attorney, do hereby certify that a copy of the foregoing Response was forwarded, via Fax transmission, to each of the below-named Counsel, representing each of the below-named Defendants:

Counsel for Defendant Geoffrey L. Feldman:

Forwarded to local Counsel:

Richard M. Carter, Esq.
Attorney At Law
22 No. Front St.
Suite 1100
Memphis, TN 38103

Also of Record:

Michael Koblenz, Esq.
Attorney At Law
Mound, Cotton, Woolan & Greengrass
One Battery Park Plaza
New York, New York 10004-1486

## CERTIFICATE OF SERVICE
## (continued)

Counsel for Defendant Sherrie-Lee Doreen Cave:

Richard M. Steingard, Esq.
Attorney At Law
800 Wilshire Blvd. Suite 1510
Los Angeles, CA 90017

Counsel for Defendant Robert Murray Bohn:

Forwarded to local Counsel:

Glen Reid, Jr., Esq.
Attorney At Law
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38103

Also of Record:

Alan Futerfas, Esq.
Attorney At Law
260 Madison Avenue
22nd Floor
New York, N.Y. 10016

Counsel for Defendant Stacy Layne Beavers:

Kemper B. Durand, Esq.
Attorney At Law
29th Floor
One Commerce Square
Memphis, TN 38103

Robert W. Ritchie, Esq.
Attorney At Law
606 W. Main Street, Suite 300
P.O. Box 1126
Knoxville, TN 37901-1126

## CERTIFICATE OF SERVICE
### (continued)

Counsel for Defendant Michael Elliot Cole:

William D. Massey, Esq.
Attorney At Law
3074 East St.
Memphis, TN 38128

This 20th Day of July, 2005.

**DAN L. NEWSOM**
Assistant United States Attorney
Senior Litigation Counsel



# Notice of Distribution

This notice confirms a copy of the document docketed as number 567 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT