IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CR NO. 02-20165-D

ALVIN IRWIN MOSS, et al.,

        Defendants.

## ORDER REQUIRING APPEARANCE OF WITNESSES

This matter was before the Court for an evidentiary hearing concerning pending dismissal and other motions on July 21 and 22, 2005. After hearing the proof over the course of two days, the Court continued the matter for additional hearings on August 10 and 11, 2005. At the conclusion of the hearing on July 22, defense counsel made oral application to the Court for an Order compelling the appearance of witnesses affiliated with the government for August 10 and 11, 2005.

Upon the oral application of the defendants, the proof heard by the Court on July 21 and 22, 2005, and the entirety of the record in this matter, it appears from the testimony and documents introduced that employees of the government possess information and materials relevant to the motions currently pending before the Court. Accordingly, for good cause shown, it is hereby ORDERED that the following witnesses affiliated with the government are to appear before the United States District Court, Western District of Tennessee, 167 North Main Street, Memphis, Tennessee, at 9:00 A.M. on August 10, 2005:

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

John Asai, Special Agent
Federal Bureau of Investigation
CART Memphis, Tennessee

Pamela Vanderberg, Acting Supervisory Special Agent
Federal Bureau of Investigation
Memphis, Tennessee

Kristi Chatham, Special Agent
Federal Bureau of Investigation
Memphis, Tennessee

Alton C. Taylor, Special Agent
Federal Bureau of Investigation
Memphis, Tennessee

David Kamel, Special Agent
Federal Bureau of Investigation

Mark Gant, Special Agent
Federal Bureau of Investigation

Steven McFall, Special Agent
Federal Bureau of Investigation

Ken Hart, Special Agent
Federal Bureau of Investigation
CART, Washington, D.C.

Carla Abramvitz, Special Agent
CART, Federal Bureau of Investigation

Clayton Goldsmith, Special Agent
Federal Bureau of Investigation

Greg Stocksdale, Special Agent
Federal Bureau of Investigation
CART, Washington, D.C.

Jack Lutkewitte, Special Agent
Federal Bureau of Investigation
CART, Washington, D.C.

2

      Melica A. Sanders, Special Agent
      Evidence Technician
      Federal Bureau of Investigation

      Joe Mann, III, Special Agent
      Federal Bureau of Investigation
      Memphis, Tennessee

      Steven McFall, Special Agent
      Federal Bureau of Investigation

      Brian Burns, Special Agent
      Federal Bureau of Investigation

In order to facilitate the most efficient use of the time set aside by the Court for the hearings on August 10 and 11, 2005, it is further ORDERED that the witnesses are to produce to both the government and counsel for Stacy Beavers, who will distribute to the remaining defense counsel, the following documents and/or objects, to the extent the items are available to the witnesses, by no later than August 1, 2005:

    1.    Any and all memoranda, reports, or other like documents or items reflecting the operations plan for conducting the search in Barbados in July 1996 and instructions for agents to review and copy documents seized; and

    2.    Any and all memoranda, reports, e-mails, or other like documents or items, in either hardcopy or electronic format, reflecting the copying, analysis, retrieval, manipulation, or other like examination of the electronic materials obtained from Barbados, Australia, and elsewhere during the investigation of the instant case, including, but not limited to, the creation of a searchable database of Barbados computer records for Federal Bureau of Investigation Special Agent Pamela Vanderberg in Memphis.

    3.    Any and all evidence logs, "green" sheets, and chain of custody documents pertaining to the electronic materials in this case.

The appearance of the witness shall remain in effect until the witness is granted leave to depart by the Court or by an officer acting on behalf of the Court. The government shall make this Order and its contents known to the above witnesses.

IT IS SO ORDERED this the __28__ day of July, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 573 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Honorable Bernice Donald
US DISTRICT COURT