IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02-20165-D/P |
| ) | |
| ALVIN IRWIN MOSS, et al., ) | |
| ) | |
| Defendants. ) | |

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART THE MOTION OF THE UNITED STATES REQUESTING THE COURT TO DENY DEFENDANTS' PROPOSED ORDER REQUIRING APPEARANCE OF WITNESSES**

Before the Court is the motion of the United States of America to deny Defendants' proposed order requiring appearance of witnesses. For the following reasons, the Court hereby **GRANTS** in part and **DENIES** in part the government's motion.

On July 29, 2005, the Court entered an Order requiring the appearance of certain witnesses. Defendants raised this issue *ore tenus* during the July 22, 2005 hearing. It appears that the July 29, 2005 Order addresses witnesses for whom subpoenas were not issued. Accordingly, the Court's July 29, 2005 Order is modified to address only those witnesses for whom valid subpoenas have been issued.

Additionally, the Government is not required to produce any documentation which constitutes work product. However, the Government must produce documents which constitute *Brady* or *Giglio* material. If necessary, the Court will conduct an in-camera review of any disputed documents.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

The United States must comply with this order in preparation for the August 10, 2005 hearing.

**IT IS SO ORDERED** this 4th day of August, 2005.

**BERNICE BOUIE DONALD**
**UNITED STATE DISTRICT COURT**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 581 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Honorable Bernice Donald
US DISTRICT COURT