IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 12 PM 3:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                          CR NO. 02-20165-D

ALVIN IRWIN MOSS, et al.,

        Defendants.

## ORDER ON MOTION OF UNITED STATES TO QUASH SUBPOENAS

The Motion Of The United States To Quash Subpoenas was heard by the Court on July 21, 2005. Based on the memoranda filed by the parties, the subpoenas that have been served on John Asai, Joe Mann, III, Lee Stewart and Pamela Jane Vanderberg, and the arguments of counsel, the Court finds that the Government has not shown sufficient legal cause to quash the subpoenas that have been served. Since John Asai works in offices in Memphis, Tennessee, he shall appear when called to testify on July 21 or 22, 2005 or the next date set for hearing on Defendants' motions. Since Joe Mann, III works in the Memphis office of the FBI but is currently on annual leave, he shall appear and testify on the next date set for hearing on Defendants' motions. Since Lee Stewart works out of offices in Jackson, Tennessee, he shall appear and testify on July 22, 2005.

The Court finds that Defendants, in light of the family illness relating to the father of Pamela Jane Vanderberg, have agreed that Ms. Vanderberg need not appear on July 21 or 22, 2005 pursuant to the subpoena but, based on the agreement of Defendants, Ms. Vanderberg shall appear at the next date set for hearing on Defendants' motions.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-16-05

605

For the foregoing reasons the Motion of the United States To Quash Subpoenas is denied except with regard to the modifications of the dates set out herein.

IT IS SO ORDERED this the __12__ day of August, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

T:\ColemanA\CarterR\Feldman,Jeoffrey\Pleadings\OrderOnUSAMotionToQuashSubpoenas.doc

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 605 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Honorable Bernice Donald
US DISTRICT COURT