IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C

05 NOV 16 PM 1:5

THOMAS M. GOULD
CLERK, US DISTRICT COUR
W.D. OF MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal No. 02-20165-DA |
| ALVIN IRWIN MOSS | ) | |
| Defendant. | ) | |
| | ) | |

### CONSENT ORDER TRANSFERRING FUNDS

This cause came on to be heard this date upon oral motion of the United States, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom, requesting the transfer of all funds previously paid to the Clerk of the Court on behalf of Defendant Alvin Moss to the U.S. Marshal's Seized Asset Deposit Fund; and

**IT SATISFACTORILY APPEARING TO THE COURT**

1.      On July 14, 2005, a Plea Agreement, executed between the United States and Defendant Alvin Irwin Moss, was duly filed in the above-referenced cause.

2.      According to the Plea Agreement, Twelve Million ($12,000,000.00) Dollars was to be deposited with the Clerk of the Court into the Registry of the Court by Defendant Alvin Moss. This money was to be held for payment of the criminal forfeiture ordered by the Court, against said defendant.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

3. The sum of Twelve Million ($12,000,000.00) Dollars was deposited with the Clerk of the Court into the Registry of the Court, as per said Plea Agreement.

4. According to the said Plea Agreement, these funds were to be maintained by the Clerk until all of the terms of the Plea Agreement had been met and no contingencies remained. The parties agree that this has now been accomplished and specifically consent to the transfer of said funds, including any interest accrued, to the U.S. Marshal's Seized Asset Deposit Fund.

**IT IS THEREFORE ORDERED**, and with the consent of the parties, that the sum of Twelve Million ($12,000,000.00) Dollars, heretofore deposited with the Clerk of the Court into the Registry of the Court, together with all accrued interest, be transferred to the U.S. Marshal's Seized Asset Deposit Fund, forthwith.

ENTER THIS ___15___ DAY OF NOVEMBER, 2005.

_____
**BERNICE BOUIE DONALD**
**United States District Judge**

APPROVED:

_____
**DAN L. NEWSOM**
**Senior Litigation Counsel**

_____
**ROBERT G. CHADWELL**
**Attorney for Defendant Alvin Irwin Moss**

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 665 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT